**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00210-CV**
_____

**LILANA MENDEZ, Appellant**

**V.**

**ALLAN STEIN AND KATHRYN STEIN, Appellees**

_____

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. 24CC-CV-00034**
_____

**MEMORANDUM OPINION**

On June 11, 2024, the trial court signed a judgment for possession in a suit for eviction. Lilana Mendez filed a notice of appeal but she did not pay the filing fee for the appeal. On July 23, 2024, we notified the parties that the appellant had not remitted the filing fee, and we warned Mendez that the appeal would be dismissed without further notice unless the filing fee was paid by August 7, 2024.

1

In the absence of a satisfactory explanation that justifies the appellant's failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 11, 2024
Opinion Delivered September 12, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.